## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIA
## TAMPA DIVISION

GERDAU AMERISTEEL US, INC.                     CASE NO. 8:20-cv-01256-KKM-AEP

    Plaintiff,

vs.

COMMERCE & INDUSTRY
INSURANCE COMPANY,

    Defendant.

_____/

### DEFENDANT'S EXPEDITED RESPONSE TO PLAINTIFF'S MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE

Defendant, Commerce & Industry Insurance Company ("Commerce & Industry" or "Defendant"), by and through counsel, pursuant to the Court's Case Management and Scheduling Order (DE 27), and the Court's Order expediting response deadline to June 25, 2021 (DE 43), hereby files this Expedited Response to Plaintiff's Motion to Extend Dispositive Motion Deadline and, in support thereof, states as follows:

### INTRODUCTION

On June 17, 2021, Plaintiff filed its Motion to Extend the Dispositive Motion Deadline. (DE 41). Plaintiff's Motion does not allege — much less demonstrate — that the requested (third) extension of the Dispositive Motion Deadline is necessary to prevent manifest injustice. The Motion should be denied.

1220890/59309190v.1

## BACKGROUND

This is a straightforward breach of contract case involving a Commercial Umbrella Liability Policy that Commerce & Industry issued to Plaintiff. (DE 1).  Per the Court's Case Management and Scheduling Order, the original Discovery and Dispositive Motion deadlines were April 9, 2021 and May 10, 2021, respectively.  (DE 27).  On April 12, 2021, the Court granted Plaintiff's first Motion for Extension of Time, and extended the Discovery and Dispositive Motion deadlines to May 10, 2021 and June 9, 2021, respectively.  (DE 35).  On May 7, 2021, the Court granted the Parties' Joint Motion for Extension of Time, and extended the Discovery Deadline to May 31, 2021 and the Dispositive Motion Deadline to June 30, 2021.  (DE 38).  On June 17, 2021, Plaintiff filed its Motion to Extend the Dispositive Motion Deadline, for the third time, seeking an extension through July 30, 2021.  (DE 41).

## MEMORANDUM OF LAW

The Court's Case Management and Scheduling Order (DE 27, p. 5) provides, in pertinent part, the following regarding extensions of the Dispositive Motions Deadline:

> **1.     Dispositive Motions Deadline and Trial Not Extended** – Motions to extend the dispositive motions deadline or to continue the trial are generally denied. See Local Rule 3.05(c)(2)(E). ***The Court will grant an exception only when necessary to prevent manifest injustice.***  A motion for a continuance of the trial is subject to denial if it fails to comply with Local Rule 3.09. The Court cannot extend a dispositive motion deadline to the eve of trial. In light of the district court's heavy felony trial calendar, at least 5 months are required before trial to receive memoranda in opposition to a motion for summary judgment, and to research and resolve the dispositive motion sufficiently in advance of trial.
> (Emphasis added).

**GORDON REES SCULLY MANSUKHANI**
Miami Tower, 100 S.E. 2nd Street, Ste. 3900, Miami, FL 33131

1220890/59309190v.1

Plaintiff's Motion should be denied because it does not allege — much less demonstrate — that a third extension of the Dispositive Motion Deadline is "necessary to prevent manifest injustice." Rather, Plaintiff's latest request, filed on June 18, 2021, is simply an unfounded effort to blame Defendant for Plaintiff's lack of diligence in conducting discovery.

The Motion indicates that Plaintiff is seeking the extension to "allow the parties time to resolve outstanding discovery disputes," and notes that Plaintiff intends to file a Motion to Compel. (DE 41, p. 2). Plaintiff filed its untimely Motion to Compel on June 18, 2021 (DE 42) — nearly three weeks after the May 31, 2021 discovery cutoff. (DE 38). Defendant intends to oppose the Motion to Compel by the applicable July 2, 2021 response deadline, to the extent that it has not been denied *sua sponte* as untimely prior to the response deadline. *See* Court's Case Management and Scheduling Order (DE 27, p. 4) ("D. Discovery Deadline – Each party shall timely serve discovery requests so that the Rules allow for a response prior to the discovery deadline. **The Court may deny as untimely all motions to compel filed after the discovery deadline**.") (Emphasis added).

Plaintiff also seeks the extension of the Dispositive Motion Deadline on the basis that, without the discovery that it purportedly still needs, it cannot adequately evaluate the case or make necessary determination about whether a dispositive motion was appropriate." (DE 41, p. 4). As noted above, this is a straightforward breach of contract case. Plaintiff filed its Complaint on June 1, 2020, and it consists of roughly seven pages. (DE 1). Plaintiff waited until February 10, 2021, or more than eight months after filing the

3

1220890/59309190v.1

Complaint to serve its initial written discovery requests.  Simply put, Plaintiff has had more than ample time to conduct its discovery.  Plaintiff's attempt to shift blame to Defendant at the eleventh hour due to its own lack of diligence is unfounded.

Date:  June 25, 2021                  Respectfully Submitted,

GORDON REES SCULLY MANSUKHANI, LLP

 */s/ Robert Malani*
Robin T. Symons, Esq.
Florida Bar No. 356832
Robert Malani, Esq.
Florida Bar No. 52304
Miami Tower
100 SE Second Street, Suite 3900
Miami, FL 33131
rsymons@grsm.com
rmalani@grsm.com
Telephone: (305) 428-5318
Facsimile: (877) 634-7245
Counsel for Defendant Commerce & Industry

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served on June 25, 2021, to the attorneys identified on the following Service List.

*s/ Robert Malani*
Robert Malani, Esq.

## SERVICE LIST

Robert H. Friedman, Esq.
FRIEDMAN P.A.
340 Royal Poinciana Way, Suite 317-202
Palm Beach, Florida 33480
Tel: 561-800-2110
Email:  rob@friedmanpa.com

Brett J. Preston, Esq.
HILL, WARD & HENDERSON, P.A.
101 East Kennedy Blvd., Suite 3700
Tampa, Florida 33602
Tel: 813-221-3900
Email:  brett.preston@hwhlaw.com
            billie.wallis@hwhlaw.com

**GORDON REES SCULLY MANSUKHANI**
Miami Tower, 100 S.E. 2nd Street, Ste. 3900, Miami, FL 33131
1220890/59309190v.1